UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x   Civil Action No.: CV-05-1340 (FB)(CLP)
UNITED STATES OF AMERICA,                §
                                         §
            Plaintiff,                   §
    - against-                           §
                                         §
JUBRAN BAZZI,                            §
                                         §
            Defendant.                   §
-----------------------------------------------------------x

## DEFAULT JUDGMENT

Because Jubran Bazzi failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from Jubran Bazzi:

**Claim No. C99-22099W**

| | |
|---|---|
| Principal Balance: | $3,688.70 |
| Total Interest Accrued at 8.250%: | $2,605.13 |
| Filing and Service of Process: | $290.00 |
| Subtotal: | $6,583.83 |
| Attorney's Fees: | $750.00 |
| Total Owed: | $7,333.83 |

Post-judgment interest shall be calculated, pursuant to 28 U.S.C. §1961.

Signed: Brooklyn, New York
        8/31, 2005

Frederic Block
United States District Judge